```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 42769
   FERNANDO PEREZ
   ANGIE PEREZ                                 CHAPTER 13

                                               JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-5063    SSN XXX-XX-6508
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/17/04 and confirmed on 02/28/05.

2. The case was dismissed after confirmation, 03/28/2008.

3. The Debtor paid a total of $ 16411.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2974.89 | .00 | 2974.89 |
| TOYOTA MOTOR CREDIT CORP | SECURED | 14000.00 | 2027.97 | 7725.44 |
| UNITED CONSUMER FINANCE | SECURED | 500.00 | 56.93 | 270.63 |
| AMERICAN ENTERPRISES | SECURED | 100.00 | 11.94 | 43.77 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | SECURED | 500.00 | 53.94 | 271.80 |
| CAB SERVICES INC | UNSECURED | 122.00 | .00 | .00 |
| FAMILY MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET WOMENS HEALTH CEN | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEOPED ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6248.85 | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2771.45 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 136.00 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 15.70 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18074.89 | .00 | 9294.00 | .00 | 27368.89 |
| PRINCIPAL PAID | 11286.53 | .00 | .00 | .00 | 11286.53 |
| INTEREST PAID | 2150.78 | .00 | .00 | .00 | 2150.78 |

```
TOTAL PAID                 13437.31          .00           .00           .00    13437.31
```
The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2475.00
and was paid $    200.00   direct and $   2275.00   through the plan.

The Trustee received $     698.69 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE